FILED LODGED RECEIVED
AUG 24 2026
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

Magistrate Judge David W. Christel

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>AYDEN LANGEVIN,<br>Defendant. | CASE NO. MJ26-5201<br><br>COMPLAINT for VIOLATION<br><br>Title 18, U.S.C.<br>Section § 875(c) |

BEFORE, DAVID W. CHRISTEL, United States Magistrate Judge, U. S. Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

**COUNT ONE**

**(Interstate Communications with a Threat to Injure)**

On or about June 1, 2026, in Pierce County, within the Western District of Washington, AYDEN LANGEVIN did knowingly and willfully transmit in interstate and



UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

foreign commerce from Orting, Washington to servers located outside of Washington, a communication, that is, a TikTok video containing a threat to murder the President of the United States Donald J. Trump and United States Secret Service members.

All in violation of Title 18, United States Code, Section 875(c).

And the complainant states that this Complaint is based on the following information:

I, KAUSHIK KANCHARLA, being first duly sworn on oath, depose and say:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the Tacoma Resident Agency, of the Seattle Field Office, Washington. I have been a Special Agent with the FBI for three years.

2. This affidavit is made in support of a complaint charging AYDEN LANGEVIN with a violation of 18 U.S.C. § 875 (Interstate Communications with a Threat to Injure). The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents, officers, auditors, and witnesses. This affidavit is intended to demonstrate that there is probable cause for the requested complaint and does not purport to set forth all my knowledge, investigation, or evidence collected in this matter.

**SUMMARY OF PROBABLE CAUSE**

3. On or about August 21, 2024, LANGEVIN used his X account @GmasHairyBeaver to post the following message: "If Kamala Harris win da election imma assassinate her ass." LANGEVIN was identified by United States Secret Service (USSS) as the user of the account through subscriber records obtained from X.

4. On or about May 14, 2025, USSS SA Emma Beasley and SA Paul Vanderwulp contacted Ayden LANGEVIN about this post at his residence in Orting, Washington. LANGEVIN was nineteen years old at the time of this interview and resided with family members. When questioned about ownership of the X account @GmasHairy Beaver, LANGEVIN quickly confirmed that he was the owner of the account and stated



UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

that he occasionally made posts like the one in question because he enjoys "ragebaiting" on X. During this interview, he stated he did not intend to harm anyone and that he was attempting to "troll" other X users.

5. During this interview, LANGEVIN also told USSS that he has an interest in going into gunsmithing, and that within the last year, he made an attempt to purchase a semi-automatic rifle but said his request was declined because he was too young.

6. At the conclusion of the interview, LANGEVIN told USSS that he was not considering the seriousness of his post at the time he made them, but that he now understood that making threats of this nature is a criminal offense.

7. On September 15, 2025, the FBI National Threat Operation Section (NTOS) received tip information that the Instagram user "mrstealyofood06" was engaged in threatening online communication to another user. The user of the Instagram account was identified through Meta subscriber information as Ayden Langevin, DOB X/X/2006. Meta is the company that maintains business records detailing subscriber information for Instagram accounts.

8. In the communication, LANGEVIN engaged in an argument with Instagram user number "17841474456022799" in which LANGEVIN stated the following: "Your sick don't let me catch you in public imma dead ass stomp yo face into da concrete," "Yk id pull up nd blow you head Smoove off fuck ass faggot if I catch you in public imma fuck you up," "Yo dead homies deserved it and id kill em again nd spit on they grave."

9. In addition, LANGEVIN also sent user "17841474456022799," several images of LANGEVIN posing with various weapons. These images were accompanied by the following captions: "Don't make me get my hands on arp only way for me not to kill or beat yo ass to a pulp when I find you is to say sorry bitch ass nigga," "Best option is to apologize for spaking bout my woman like that or its wraps homeboy."



UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

10. The FBI coordinated with the Orting Police Department, which contacted LANGEVIN at his residence in Orting, Washington. LANGEVIN denied making threatening comments, stated he no longer talked to the victims of the threats, and told police he would not make any trouble.

11. Despite these two prior law enforcement contacts, on June 1, 2026, LANGEVIN posted a video on TikTok threatening to murder the President of the United States and Secret Service members. Specifically, the FBI Threat Intake Processing System (TIPS) received information from a complainant that TikTok URL "www.tiktok.com/t/ZP8seXPgh/" through the username "thatclappedmk7fiesta" posted a video containing threats against the president and the Secret Service. The complainant stated the video was posted around 1:36 p.m. on June 1, 2026, and was subsequently deleted. However, the complainant saved the video to report it to law enforcement. The complaint information was provided to USSS for review.

12. The USSS reviewed the account and confirmed the video was no longer available. However, open-source research by USSS at that time indicated that LANGEVIN was the owner and user of the "thatclappedmk7fiesta" TikTok account. For instance, USSS found an Instagram user also using the "thatclappedmk7fiesta" username and the Instagram account displayed the name "Ayden Langevin." Additionally, USSS found a Threads account that also used the username "thatclappedmk7fiesta." This Threads account also displayed the name "Ayden Langevin" and displayed a picture appearing consistent with LANGEVIN, based on law enforcement's prior interview with him. The USSS added the information into their files regarding LANGEVIN but did not recontact him at that time.

13. On August 23, 2026, the FBI received a complaint about the previous threatening video that LANGEVIN had posted on his TikTok from June. The complaint came via an X account, "@libsoftiktok," which reposted LANGEVIN's June 1, 2026,



UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

video with the following description: "Tiktoker calls to storm the WH with a bunch of people and kill Trump and staffers Cc @FBI."

14. A review of the video showed a male in poor lighting but matching the general build and appearance of LANGEVIN making statements including, "It's as simple as we all grab guns, we all group together, and we all rush the White House and actually kill Trump and all of Secret Service. We aren't doing this pussy shit where we just storm it. No. We are killing. We have to kill. There is no other way. …" This is not an official transcript, but I have watched the video and believe these quotes are accurate.

15. After reviewing LANGEVIN's threatening video through this repost, last night, on August 23, 2026, I contacted LANGEVIN at his mother's house in Orting, Washington, where he resides. LANGEVIN confirmed he has always lived in Orting, Washington. LANGEVIN also confirmed that the TikTok username "thatclappedmk7fiesta" was his account and he had posted the video on June 1, 2026 with the threats to the President and Secret Service. LANGEVIN stated he had been angry about current events in the news, such as the Epstein matter and geopolitical events in the Middle East. LANGEVIN stated that he was not under the influence of drugs or alcohol when he posted the video. LANGEVIN regretted posting the video and removed it from the account within 30 to 40 minutes of the initial posting. He assessed approximately 60 followers had seen the video prior to him taking it down. LANGEVIN stated he had deleted his social media apps from his devices following this event. LANGEVIN was not involved with the recent reposting of the video on X by "@libsoftiktok" and believed the incident was resolved once he deleted his original post on June 1, 2026.

16. Based on my training and experience, I know that TikTok servers are not located in the State of Washington and therefore that a communication sent from Orting, Washington over a TikTok account necessarily traveled in interstate or foreign commerce.



UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Based on the above facts, I respectfully submit that there is probable cause to believe that AYDEN LANGEVIN did knowingly and intentionally threaten to murder the President of the United States, in violation of Title 18, United States Code, Section 875(c).

KAUSHIK KANCHARLA,
Complainant Special Agent, FBI

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 24th day of August, 2026.

David W. Christel
United States Magistrate Judge



UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800